UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-20056-MARTINEZ-BECERRA

EMILIO PINERO,

    Plaintiff,

v.

JORGE ALBERTO ALVAREZ
REVOCABLE TRUST and LITTLE
HAVANA RESTAURANT, INC.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion for Default Judgment, (ECF No. 13). The Court has reviewed the entire file and record, and notes that no objections have been filed. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Becerra's Report and Recommendation, (ECF No. 15), is **AFFIRMED** and **ADOPTED**. Further, it is:

**ADJUDGED** that Plaintiff's motion, (ECF No. 13), is **GRANTED IN PART AND DENIED IN PART** as set forth in the R&R. Final judgment shall be entered by separate order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24 day of January, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record